UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 19-20280-CIV-MORENO**

CYNTHIA STERN,

                Plaintiff,

vs.

NCL (BAHAMAS) LTD.,

                Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION AND DENYING MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion for Summary Judgment, filed on **February 7, 2020**. The Magistrate Judge filed a Report and Recommendation (**D.E. 80**) on **September 1, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant's Motion for Summary Judgment is DENIED. The Court agrees with the well-reasoned Report and Recommendation that there are genuine issues of material fact precluding summary judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th of October 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record